210 So.2d 53

STATE of Louisiana ex rel. Noel R. HAYES et al.

v.

LOUISIANA STATE BOARD OF BARBER EXAMINERS.

No. 49254.

May 17, 1968.

In re: Noel R. Hayes et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 208 So.2d 369.

Writs denied. Mandamus will not lie to enforce a discretionary act.

210 So.2d 53

LOUISIANA STATE BOARD OF MEDICAL EXAMINERS

v.

William S. BOYD.

No. 49260.

May 17, 1968.

In re: William S. Boyd applying for writs of certiorari, mandamus and prohibition.

Writs denied. The showing made in the application is insufficient to warrant the exercise of this Court's supervisory jurisdiction.